IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Construction Industry Retirement Fund of Rockford IL, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 15 C 50247 |
| vs. | ) ) | |
| Einfeldt Construction Inc., et al., | ) ) | Judge Philip G. Reinhard |
| Defendants. | ) | |

## **ORDER**

    On March 22, 1026, Magistrate Judge Johnston entered a report and recommendation [25] recommending that plaintiffs' motion [23] for a default judgment be granted and that judgment be entered against defendants, Einfeldt Construction, Inc. and Brunetta Einfeldt, in the amount of $22,820.40. No timely objection has been filed to this report and recommendation. The court has reviewed the record and accepts the report and recommendation. Plaintiffs' motion [23] for default judgment is granted. Judgment is entered in favor of plaintiffs and against defendants, Brunetta Einfeldt and Einfeldt Construction, Inc., jointly and severally, in the amount of $22,820.40. All previously scheduled hearings are cancelled. This case is terminated.

Date: 4/11/2016                      ENTER:

*Philip G. Reinhard*
United States District Court Judge

Electronic Notices. (LC)